**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| JOSEPH RICHARD and BARBARA RICHARD, | § § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:06-CV-690 |
| ALLSTATE TEXAS LLOYD'S, | § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 8, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 58th Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**.  This case is **REMANDED** to the 58th Judicial District Court of Jefferson County, Texas.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 14th day of December, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE